# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

**CELLULAR SALES OF OREGON, LLC,**

        Petitioner,

v.

**EDWIN THATCHER,**

        Respondent.

Case No.: 3:19-cv-1330-AC

ENTRY OF FINAL ORDER AND JUDGMENT

This Court has received and considered Petitioner's Unopposed Petition for Confirmation and Enforcement of Arbitration Award and Entry of Final Order and Judgment and all papers filed with that petition. Pursuant to 9 U.S.C. §§ 9 and 13, Petitioner has requested, without opposition from Respondent, that the Court enter as a Final Order and Judgment an Arbitrator's award granting a motion for summary dismissal. Having considered the Petition and all documents filed therewith, the Court hereby GRANTS the Petition and enters as a final order and judgment the attached arbitration award, which represents a fair and reasonable resolution of contested litigation involving a *bona fide* dispute.

Dated this 3rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

JAMS ARBITRATION CASE REFERENCE NO. 1160022084

EDWIN THATCHER,

    Claimant,

v.

CELLULAR SALES OF OREGON, LLC,

    Respondent.

### ORDER ON RESPONDENT'S MOTION FOR DISMISSAL

This matter came before the undersigned arbitrator on the Respondent Cellular Sales of Oregon, LLC's motion for summary dismissal. The Arbitrator has considered Respondent's Motion which received no written response by the *pro se* Claimant. Oral argument was to be presented by telephone on March 29, 2019. Having conducted that scheduled phone conference with all parties participating and having considered the foregoing, it is hereby ORDERED as follows:

    Respondent's Motion is granted;

    This matter is dismissed with prejudice and with no award of costs or fees;

    The Respondent will bear all administrative costs of the arbitration.

Dated: March 29, 2019

_____
Judge William L. Downing (Ret.)
Arbitrator

ORDER ON RESPONDENT'S
MOTION FOR DISMISSAL

1

Hon. William L. Downing (Ret.)
JAMS
1420 Fifth Ave., Ste. 1650
Seattle, WA 98101

